THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| DANIEL HERRERA,<br><br>                Plaintiff,<br><br>v.<br><br>CARRIE L. COCHRAN et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:22-CV-12-DN<br><br>District Judge David Nuffer |

       In an Order dated June 13, 2022, the Court ordered Plaintiff to within thirty days file his required initial partial filing fee (IPFF) of $0.01 and a signed consent form, to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 21.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order.

       **IT IS ORDERED** that, because Plaintiff did not follow the Court's order to file an IPFF and consent, and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

                                                        BY THE COURT:

                                                          _____
                                                           JUDGE DAVID NUFFER
                                                           United States District Court