## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| DANIEL HERRERA,<br><br>                    Plaintiff,<br><br>v.<br><br>CARRIE L. COCHRAN et al.,<br><br>                    Defendants. | **MEMORANDUM DECISION &<br>ORDER RULING ON MOTIONS<br>FILED AFTER JUDGMENT**<br><br>Case No. 4:22-CV-12 DN<br><br>District Judge David Nuffer |

On August 18, 2022, the Court dismissed this case--without prejudice--for failure to follow the Court's order and to prosecute the case. (ECF No. 22.) On December 28, 2022, the Court denied Plaintiff's motions to alter or amend judgment and "for supplemental pleadings." (ECF No. 25, 30, 33.) The Court noted, "There is no utility to supplemental pleadings in a closed case." (ECF No. 33.) Plaintiff then filed another motion for supplemental pleadings, a motion to void the December 28, 2022 Order, and a motion for extension of time to file a notice of appeal. (ECF Nos. 34-36.)

**IT IS ORDERED** that:

**(1)** Plaintiff's motion for supplemental pleadings is **DENIED**. (ECF No. 34.) There remains no utility to supplemental pleadings in a closed case.

**(2)** Plaintiff's motion to void the Court's Order of December 28, 2022 is **DENIED**. (ECF No. 35.) This motion is unsupported by adequate factual assertions and legal authority.

**(3)** Plaintiff's motion for a time extension of thirty days to file a notice of appeal is **GRANTED**. (ECF No. 36.)

**(4)** Except for potentially filing a notice of appeal and motion to appeal *in forma pauperis*, Plaintiff must suspend further filings of any kind. Any other filings not invited by the Court shall be returned to sender by the Clerk of Court. Such filings would be irrelevant and distracting at this stage of the litigation.

DATED this 31st day of January 2023.

BY THE COURT:

_____
JUDGE DAVID NUFFER
United States District Court